, LAW OFFICES OF JULIA M. YOUNG
JULIA M. YOUNG, SBN 225077
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel: (916) 296-0786
Fax: (916) 914-1997,

Attorney for Plaintiff
CHRISTOPHER KERSHNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KERSHNER,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA EAGAN, PHILIP ISETTA, ANGELA MCCOLLOUGH, CITY OF AUBURN, and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:20-cv-01047-JAM-DB<br><br>**ORDER GRANTING REQUEST TO FILE DECLARATION UNDER SEAL PURSUANT TO LOCAL RULE 141 (Fed. R. Civ. P. 5.2, 26)** |

GOOD CAUSE APPEARING, it is hereby ordered that the Declaration of Julia M. Young pertaining to her withdrawal as the attorney of record for Plaintiff, CHRISTOPHER KERSHNER, be filed under seal.

IT IS SO ORDERED.

DATED. February 22, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

1