UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KERSHNER, | No. 2:20-cv-1047 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA EAGAN, et al., | |
| Defendants. | |

On February 18, 2022, defendants filed a motion to compel and noticed the motion for hearing before the undersigned on April 1, 2022, pursuant to Local Rule 302(c)(1). (ECF No. 15.) On February 21, 2022, plaintiff's counsel filed a motion to withdraw. (ECF No. 17.) That motion is noticed for hearing before the assigned District Judge on April 19, 2022. (ECF No. 17.) The motion to withdraw explains that there has been "a complete breakdown in the attorney-client relationship making effective representation in this case impossible." (Id. at 2.)

In light of the pending motion to withdraw, the unclear nature of plaintiff's representation in this action, and the fact that discovery does not close until April 20, 2023, defendants' motion to compel will be denied without prejudice to renewal. Defendants may renew their motion after the issue of plaintiff's representation in this action has been resolved.

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Defendants' February 18, 2022 motion to compel (ECF No. 15), is denied without prejudice to renewal; and

4     2. The April 1, 2022 hearing of defendants' motion is vacated.

DATED: March 28, 2022

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/kershner1047.mtc.den.ord