UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KERSHNER, | No. 2:20-cv-1047 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA EAGAN, et al., | |
| Defendants. | |

  Plaintiff Christopher Kershner is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On July 25, 2022, the court issued an order setting this matter for a Status (Pretrial Scheduling) Conference before the undersigned on August 26, 2022. (ECF No. 29.) Pursuant to that order, plaintiff was to file a status report on or before August 12, 2022. Plaintiff, however, has failed to file the required status report.

  The failure of a party to comply with any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

1

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to file the required status report.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order for failure to comply with the July 25, 2022 order;

2. The August 26, 2022 Status (Pretrial Scheduling) Conference is continued to **Friday, September 23, 2022, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **September 9, 2022**, plaintiff shall file a status report in compliance with the July 25, 2022 order;

4. On or before **September 16, 2022**, defendants shall file a status report in compliance with the July 25, 2022 order; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this action be dismissed.

DATED: August 18, 2022                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE