## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRISTOPHER KERSHNER,**

CASE NO: **2:20–CV–01047–DAD–DB**

v.

**JOSHUA EAGAN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/23/2022**

**Keith Holland**
Clerk of Court

ENTERED: **November 28, 2022**

by: /s/ E. Rodriguez
Deputy Clerk